RONALD K. ALBERTS (SBN: 100017)
ralberts@grsm.com
HELA VAKNIN (SBN: 342083)
hvaknin@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
300 S. Grand Ave., 32nd floor
Los Angeles, CA 90071
Telephone: (213) 576-5088
Facsimile: (213) 680-4470

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

SCOTT E. SHAFFMAN, S.B.# 90276
98 Del Monte Ave., Suite 200
Monterey, CA 93940
Telephone: (831) 333-0321
Facsimile: (831)333-9012
sshaffman@aol.com

Attorneys for Plaintiff
JULIEN R. PIERRE

Gordon Rees Scully Mansukhani, LLP
300 S. Grand Ave., 32nd floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIEN R. PIERRE,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 5:25-cv-10418-NC<br>*Hon. Magistrate Judge Nathanael M. Cousins*<br><br>**JOINT STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Julien R. Pierre and Defendant Metropolitan Life Insurance Company (collectively, the “Parties”), by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims

Gordon Rees Scully Mansukhani, LLP
300 S. Grand Ave., 32nd floor
Los Angeles, CA 90071

and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED**.

Dated: September 3, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/Ronald K. Alberts*
Ronald K. Alberts
Hela Vaknin
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

Dated: September 3, 2026

By: */s/Scott E. Shaffman*
SCOTT E. SHAFFMAN
Attorneys for Plaintiff
JULIEN R. PIERRE

**ATTESTATION OF E-FILED SIGNATURE**

I, Ronald K. Alberts, am the ECF user whose ID and password are being used to file this Joint Stipulation of Dismissal. In compliance with Local Rule 5-1(h), I hereby attest that Scott E. Shaffman, counsel for Plaintiff Julien R. Pierre, has concurred in this filing.

*/s/Ronald K. Alberts*
Ronald K. Alberts

Gordon Rees Scully Mansukhani, LLP
300 S. Grand Ave., 32nd floor
Los Angeles, CA 90071

**ORDER DISMISSING CASE WITH PREJUDICE**

Having reviewed the stipulation of the parties and good cause showing, the Court hereby GRANTS the parties' stipulation and hereby ORDERS that this action, Case No. 5:25-cv-10418-NC, is dismissed in its entirety with prejudice, with each party to bear its own fees, costs, and expenses in this matter.

**IT IS SO ORDERED.**

Dated: September 11, 2026




Hon. Na… …ns
United States Magistrate Judge